RECOMMENDED FOR PUBLICATION
Pursuant to Sixth Circuit I.O.P. 32.1(b)
File Name: 21a0144p.06

# UNITED STATES COURT OF APPEALS

## FOR THE SIXTH CIRCUIT

GUN OWNERS OF AMERICA, INC.; GUN OWNERS
FOUNDATION; VIRGINIA CITIZENS DEFENSE LEAGUE;
MATT WATKINS; TIM HARMSEN; RACHEL MALONE,

        *Plaintiffs-Appellants*,

GUN OWNERS OF CALIFORNIA, INC.,

        *Movant*,

  *v.*

MERRICK B. GARLAND, in his official capacity as
Attorney General of the United States; UNITED STATES
DEPARTMENT OF JUSTICE; BUREAU OF ALCOHOL,
TOBACCO, FIREARMS AND EXPLOSIVES; MARVIN G.
RICHARDSON, in his official capacity as Acting
Director, Bureau of Alcohol, Tobacco, Firearms, and
Explosives,

        *Defendants-Appellees*.

No. 19-1298

On Petition for Rehearing En Banc

United States District Court for the Western District of Michigan at Grand Rapids.
No. 1:18-cv-01429—Paul Lewis Maloney, District Judge.

Decided and Filed:  June 25, 2021

Before:  SUTTON, Chief Judge; MOORE, COLE, CLAY, GIBBONS, GRIFFIN,
KETHLEDGE, WHITE, STRANCH, DONALD, THAPAR, BUSH,
LARSEN, NALBANDIAN and MURPHY.[*]

_____

[*]Judge Readler recused himself from participation in this case.

---

## ORDER

---

A majority of the Judges of this Court in regular active service has voted for rehearing en banc of this case.  Sixth Circuit Rule 35(b) provides as follows:

> The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal.

Accordingly, it is ORDERED, that the previous decision and judgment of this court are vacated, the mandate is stayed, and this case is restored to the docket as a pending appeal.

The Clerk will direct the parties to file supplemental briefs and will schedule this case for oral argument as soon as possible.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk